# EXHIBIT A

| | |
|---|---|
| **From:** | PK Samal <CBEYOND/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/13F7D5AB-ECD0-41E2-A6FF-7BC4325C4A1E> |
| **Sent:** | 4/17/2014 10:38:18 PM +0000 |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | RE: ▓▓▓▓▓▓▓▓▓ - Client Letter Missing |
| **Attachments:** | Final ▓▓▓▓ End Client Letter SDET for FNU ▓▓▓▓▓▓▓▓▓.doc |

**PK Samal**

**CEO | Divensi Inc |** pksamal@divensi.com **|**

M. 425.829-4467 | O. 425-373-1426|F. 425.696.0458

---

**From:** ▓▓▓▓▓▓
**Sent:** Thursday, April 17, 2014 3:23 PM
**To:** PK Samal
**Subject:** ▓▓▓▓▓▓▓▓▓▓ - Client Letter Missing

Thanks,

▓▓▓▓▓▓▓

▓▓▓▓▓▓▓ **| Divensi Inc |** ▓▓▓▓▓▓▓▓▓▓ **|**

M. ▓▓▓▓▓▓▓

---

**Message Headers:**

```
Received: from EXMBX202A.mmeprod.cbeyond ([fe80::b0ca:4d9b:ba7c:
 EXHUB104.mmeprod.cbeyond ([::1]) with mapi id 14.03.0123.003; Thu,
 2014 18:38:19 -0400
Content-Type: application/ms-tnef; name="winmail.dat"
Content-Transfer-Encoding: binary
From: PK Samal <pksamal@divensi.com>
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: RE: ▓▓▓▓▓▓▓▓▓ Client Letter Missing
Thread-Topic: ▓▓▓▓▓▓▓▓▓ - Client Letter Missing
Thread-Index: Ac9ai5eS4gSPg/4cQ025gFh9HoEftQAAkHHg
Date: Thu, 17 Apr 2014 18:38:18 -0400
Message-ID: <B1CFD7894F6D664C86D0D58186BD8D740E2BC5FB@EXM
References: <32520E28C3A98340BDD6E732655B02520ADD3758@EXME
In-Reply-To: <32520E28C3A98340BDD6E732655B02520ADD3758@EXM
```

```
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator: <B1CFD7894F6D664C86D0D58186BD8D740E2B0
MIME-Version: 1.0
X-MS-Exchange-Organization-AuthSource: EXHUB104.mmeprod.cbeyond
X-MS-Exchange-Organization-AuthAs: Internal
X-MS-Exchange-Organization-AuthMechanism: 04
X-Originating-IP: [50.20.182.154]
```

Page 1 of 7

March 21, 2013

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

**Re: Master Service Agreement with Azimetry and Employment Verification of FNU** ███

Dear Sir/Madam:

This letter is to verify that ███████████████ will be using the services of **FNU** ███████████ an employee of Azimetry Inc., through our contract agreement with Azimetry Inc. FNU ███████████ will be providing services as a **Software Design Engineer in Test (SDET).**

███████████████ contracts with many companies, including Azimetry Inc. to provide temporary professional project and product based services to ███████████████ We utilize a contract called the Master Service Agreement (MSA hereinafter) with all of these companies. Azimetry Inc. has had an ongoing contractual agreement with ███████ ███████████ since September of 2011. **See copy of Master Service Agreement.**

All of ███████████████ technical professionals that are working internally at Azimetry Inc. for ███████████████ on specific projects and product development involves high –end technical work. All of ███████████████ technical professionals who are working on project and product development for ███████████████ are currently working on high-level technical projects which require at least a bachelor's degree for an acceptable level of performance on the job.

**Degree Required**

███████████████ and Azimetry Inc. have agreed that FNU ███████████████ will be working on high-end technical projects and product development of LiDAR data processing and software development on Microsoft .NET technology for ███████████████, the projects will require at a minimum a bachelor's degree in computer science, engineering, or a related field. Neither ███████████████ nor Azimetry Inc. will transfer FNU ███████ ███████ to projects which do not require at least the bachelor's degrees listed above.

All of the positions require the degree and theoretical and practical application of highly specialized knowledge in the field of computer science and engineering. The MSA entered into

Page 2 of 7

by ▮▮▮ and Azimetry Inc. is a standard contract which is utilized with several of the companies which do high end technical project –based and product development work for ▮▮▮

**Location of Project**: FNU ▮▮▮ will be providing services **internally** at Azimetry Inc's corporate office starting on **October 1, 2013 and ending on September 30, 2016.** Azimetry Inc's offices are located at 14320 NE 21st ST, Suite 14, Bellevue, WA 98007.

**Employer/Employee Relationship and right of control**: During this contract and at all times ▮▮▮ has **no employment relationship** with FNU ▮▮▮. FNU ▮▮▮ will be employed with Azimetry Inc. who is her primary employer and is responsible for her salary, benefits, tools, and training needed to perform her job duties at our work site.

Azimetry Inc. is responsible for any discretionary decision making, such as hiring and firing and performance evaluations.

**Time Sheets**

Time sheets will be submitted on a weekly basis to FNU ▮▮▮ immediate supervisor at Azimetry Inc.

**Performance evaluations**

Performance evaluations will be done on a quarterly basis by Azimetry Inc.

**Equipment provided to employee**

A laptop, software such as Microsoft .NET technology and LiDAR software will be provided to FNU Bhavya Krishnamurthy by Azimetry Inc. The liDAR software is proprietary to Azimetry.

**Supervision**: Ms. FNU ▮▮▮ will report to PK Samal, CEO located at 14320 NE 21st Street, Suite #14, Bellevue, WA 98007. Telephone: (425) 373-1426, Cellular number: (425) 829-4467. E-mail: pksamal@azimetry.com. Ms. FNU ▮▮▮ reports results and updates project progress directly to Mr. Samal.

▮▮▮ does not have the ability to assign FNU ▮▮▮ o a different employer or client. ▮▮▮ s the end-client receiving the services of FNU ▮▮▮



Page 3 of 7

**Hours**: This position is full time (40 hours per week).

**Duration of Employment:** FNU ▮▮▮▮▮▮▮▮▮▮ services are needed from approximately **October 1, 2013 until September 30, 2016**. This is an ongoing long term contract and anticipated services are for three years. **The duration of project is an ongoing long-term project**. Continued extensions of this project are anticipated since this project will continue to be ongoing as there will be system technical upgrades and multiple quarterly releases.

**Project Details:** The Azimetry software development and test team is involved in LiDAR data processing and software development on Microsoft .NET technology. LiDAR software will be used for displaying, viewing, editing and processing the LiDAR files. LiDAR-M is extensively used in markets such as energy, engineering, utility, surveying, and municipal governments. **See Master Service Agreement.**

LiDAR maintenance scope on 1st Phase
- Maintenance of LiDAR software (user, permission, content update, bug fixing, etc)
- Feature enhancement/change
- Export redesign to accommodate nomination report and user report
- Fix unassigned for easy sorting and search
- Implement field user feedback
- Enhance filtering for easy input/search

LiDAR Scope on 2nd Phase
- Add (limit) Subsidiary access in area view, add subsidiary permission
- Display Execution Data in all views
- Implement Disposition form functions and reports
- Performance tuning
- Testing and bug fixing
- Deployment
- ATU Manager approval enhancements for batch or single account approvals
- Implement additional filters and views for:
- Alliance Partner / GISV program
- CFAM customers

LiDAR Scope on $3^{nd}$ Phase
- Display Closing the Loop Data in all views





Page 4 of 7

- Testing and bug fixing
- Performance tuning
- Deployment

**Position: Software Design Engineer in Test (SDET)**

As a Software Design Engineer in Test (SDET), FNU ▮▮▮▮▮▮▮▮ will be working with the Design, Development and Test Team. She will be responsible for the design, development, implementation, testing, and scripting and tool development. FNU ▮▮▮▮▮▮▮▮ will also be responsible for design, development, and implements complex database systems, tools, and applications. She will also be responsible for software design, development and testing, implementation and maintenance of software solutions utilizing high-level programming languages, including C# and database technologies including SQL 2008.

**Core Job Responsibilities:**

As a member of the **LiDAR Team**, FNU ▮▮▮▮▮▮▮▮ will be responsible for design programs and system specifications and guidelines for moderate size systems. She will design, develop, compile, test, debug, modify, and document new or existing applications programs within accepted standards, procedures, and guidelines. She will also analyze user requirements, procedures, and problems to automate processing or to improve existing computer system. FNU ▮▮▮▮▮▮▮▮ will resolve service and support requests sent by LiDAR Team in accordance with the directives and initiatives provided by Azimetry Inc.'s customers.

While working on this project at Azimetry Inc. as a **Software Design Engineer in Test**, FNU ▮▮▮▮▮▮▮▮ will be responsible for the following duties:

- Design, development and implementation database systems, tools, and applications.
- Test Automation.
- Responsible for building automation tool.
- Responsible for writing test plan and Test cases.
- Build automation tools designs, codes, tests documents, implements and maintain database utilities.
- Performs basic database analysis and design reviews.
- Maintaining Governance related issue, risk, decision, dependency, notes, etc.
- Working on SharePoint master page & theme design and delivering to Azimetry.
- Working on design for yammer integration with JavaScript, Silverlight, and Flex APIs, VB, .NET, ASP.NET, C#, SQL, HTML, ArcSDE, Google Earth, Visual Studio, ArcObjects, RDBMS, ArcGIS Desktop Developer's kit.



Case 2:18-mj-00190-MAT Document 6-1 Filed 09/03/18 Page 8 of 10



Page 5 of 7

- Working with development team on application designs. Advises on alternatives and on implications of new or revised GIS software and applications. This position will require utilizing ESRI desktop software & extensions to perform GIS analysis and create professional map documents for a wide spectrum of projects.
- Defining and implementing kudos pointing matrix on Azimetry site.
- Provide technical background in business development bridging a variety of technologies.
- Responsible for all aspects of product feature development, including architecture, design and quality while being accountable to timelines and product performance.
- Provide analytical approach to problem solving and a track record of driving results through continuous improvement.
- Maintain and update milestone plans and any Plan of Record (POR) milestone updates.
- Work with various stakeholders to identify projects.
- Coordinate to ensure that client satisfaction level is high.
- Review project plans, development and test specifications; communicating implementation limitations; and data-driven solutions with all levels of project team and management.

**As an Individual Contributor (60% of her time/24 hrs per week)**
- Design, development, implementation and testing of system software in concordance with Azimetry Inc and Azimetry Inc.'s customers processes and standards.
- Design, write, document, and maintain plans/scripts for components following company defined processes and methods. Components include: UI layouts, reports, test scripts, packages, release installation, On-line Help and other instructional materials.
- Communicate the errors and issues discovered during programming, testing and assist in their resolution as needed.
- Writing and executing plans for new systems tools will also be required. The Test Team depends on a wide variety of automated test suites to maintain the system and this automation will require enhancement and maintenance.

**Cross group/team Activities (30% of her time/12 hrs per week)**
- Get involved in all phases of product development including participation in feature planning and design reviews, designing, writing test specifications, implementing test cases and automation, and participating in code reviews.
- Involve in keeping a heartbeat on the features via regular issue and defect tracking and will be interacting regularly in feature teams with a great set of peers in Testing, Program Management and Development.
- Perform reviews of plans and work with other team members to ensure standards are being followed and to suggest alternative solutions when necessary.



Page 6 of 7

- Communicate changes and follow through with other team members to verify suggestions are implemented. This may include reviewing and deciding the disposition of errors and issues identified.
- Work as a member of a cross-functional, integrated development team. Team activities include but are not limited to: staff training and mentoring, estimating tasks, workload planning, tracking accomplishments, participating in or leading team meetings and providing status reporting.
- Also work closely with Azimetry Inc.'s Support to take responsibility for troubleshooting and support issues.
- Consult with other Azimetry Inc. teams to identify, analyze and solve technology needs and problems.

**Miscellaneous Activities (10% of her time/ 4 hrs per week)**
- Review project plans, development and program specifications; communicating implementation limitations; and data-driven solutions with all levels of project team and management.
- Actively take part in Meetings. Provide perspective for other members of the team to continually improve standards, plans, scripts, checklists and other company methods, processes and documentation.
- Initiate the continual improvement of quality standards, templates, checklists and other Company methods, processes and documentation.

**Minimum Requirements for this position:**
- 0-5 years of professional experience in computer programming and GIS software
- BS/BA degree in GIS, Computer Science, or closely related field
- GIS coding and web application development experience using ESRIs ArcGIS Server
- Ability to multitask and solve real-world complex problems in a fast paced environment
- Experience with some of the following based on recent programming work/study:
- JavaScript, Silverlight, and Flex APIs, VB, .NET, ASP.NET, C#, SQL, HTML, Python, ArcSDE, Google Earth, Visual Studio, ArcObjects, RDBMS, ArcGIS Desktop Developer's kit.
- The Software Design Engineer in Test will have strong experience with all the latest versions of ESRI ArcGIS products and APIs including ArcGIS Server, ArcGIS Desktop, and ArcObjects.
- The GIS Software Design Engineer in Test should be a passionate self-starter, creative, eager to learn & apply new technologies, and will have the following responsibilities.

The above is a detailed, basic description of the day-to-day duties to be performed by FNU



**Actual Employer**

Ms. FNU ▓▓▓▓▓▓▓▓▓▓ is **not** an employee of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ does not influence the terms of FNU ▓▓▓▓▓▓▓▓▓▓ employment. Azimetry Inc. will retain full and ultimate control over FNU ▓▓▓▓▓▓▓▓▓▓ s day-to-day activities, salary, benefits and supervision. Azimetry Inc. retains sole power to hire and fire FNU ▓▓▓▓▓▓▓▓▓▓ and is the only company with the ability to re-assign her to another employer.

As ▓▓▓▓▓▓▓▓▓▓▓▓ Director of Productions Operations, I have good knowledge of the duties that FNU ▓▓▓▓▓▓▓▓▓▓ will be performing in this project.

If I can provide any further information or assistance with regard to this matter, please do not hesitate to contact me at the number listed below.

Sincerely,