**EXHIBIT B**

| | |
|---|---|
| From: | PK Samal <CBEYOND/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/13F7D5AB-ECD0-41E2-A6FF-7BC4325C4A1E> |
| Sent: | 5/9/2013 9:50:04 AM -0700 |
| To: | ███████████████████████ |
| Subject: | Letter |
| Attachments: | ███ H-1B Visa Stamping Letter for ███████████ May 8 2013.pdf |

**PK Samal**

**CEO | Divensi Inc |**pksamal@divensi.com|

M. 425.829-4467 | O. 425-373-1426|F. 425.696.0458

May 8, 2013

American Consulate

Nonimmigrant Visa Section
U.S. Embassy in Mexico
Paseo de la Reforma 305
Col. Cuauhtemoc
06500 Mexico, D.F.

**DS-160 Nonimmigrant Visa Application**
**Extension of TN-1 Employment**
**Petitioner: Divensi Inc.**
**Beneficiary:**
**Position: Software Engineer**

Dear Sir/Madam:

We are writing concerning the application of a TN-1 visa on behalf of ▇▇▇▇▇▇▇▇▇▇▇▇ is an employee of Divensi Inc. that is working on Divensi Inc's product **Enterprise Knowledge Management** (EKM Platform) and development of online tool. ▇▇▇▇▇▇ contracts with many companies, including Divensi Inc. to provide temporary professional product and project based services to ▇▇▇▇▇▇ We utilize a contract called the Master Service Agreement (MSA hereinafter) with all of these companies. Divensi Inc. has had an ongoing contractual agreement with ▇▇▇▇▇▇ since 2010. **See copy of SOW and Global Master Service Agreement.**

▇▇▇▇▇▇▇▇▇▇▇▇ is working on a project implementing Divensi Inc's product **Enterprise Knowledge Management** (EKM Platform) and development of online tool will utilize Divensi Inc's Yammer product development in integration with Microsoft SharePoint 2010, Silverlight 4.0, Lync, MOSS, and exchange online for ▇▇▇▇ The product is owned and developed by Divensi Inc.

This online tool provides every resource needed for successful operation of a business such as shared best practices, templates, market research, and real time feedback from peers, deliverables from past projects, and other resources to help a business and their clients prosper through pure consulting.

The duration for developing and implanting Divensi's product is until **September 15, 2014** for Phase I and Phase II. Phase III will be from **September 16, 2014 until September 15, 2016.** Continued extensions of the statement of work are anticipated since the implementation of the product will continue to be ongoing as there will be system technical upgrades and multiple quarterly releases. It is anticipated that duration of implementation and product development will be sufficient to ensure ▇▇▇▇▇▇▇▇▇▇▇▇ continued employment for three years.

**Degree Required**

███ and Divensi Inc. have agreed that **Mr.** ██████████████████ as a Software Engineer is working with the Design, Development and Test Team. This includes gathering and presenting business requirements, functional requirements, analysis, securing resources, creating schedules, tracking delivery milestones, design, development, implementation, testing and ensuring projects deliver with quality to follow a standard SDLC methodology including post deployment production support and maintenance. ███ requires the individual working on this project to have a minimum background of a bachelor's degree in computer science, engineering or related field.

**Specific duties to be performed at Divensi Inc. for** ███

██████████████ has been providing services at Divensi Inc's corporate office from **May 21, 2012 until the present time. The project has an ending date of September 15th 2016**. Divensi Inc's offices are located at 14320 NE 21st ST, Suite 11, Bellevue, WA 98007. **See Statement of Work.**

**Divensi Inc.'s Right of Control of Beneficiary**

**During this contract and at all times** ███ **has no employment relationship with** ██████████████████████████ **is employed with Divensi Inc. who is the primary employer and is responsible for his salary, benefits and training needed to perform his job duties for** ███.

Divensi Inc. has provided the tools necessary for performing the job duties. The tools include laptop computer, the following software; Microsoft SharePoint 2010, Microsoft Silverlight 4.0, Lync, MOSS, Yammer and Exchange online. Divensi Inc will also provide training if needed to perform the job duties. Divensi Inc. is also responsible for any discretionary decision making, such as hiring and firing and performance evaluations. This position is full time (40 hours per week).

**Supervision**: **The names and addresses of the actual employers, and the names and addresses of the establishment, venues, or locations where the services will be performed for the period of time requested.**

██████████████ reports to PK Samal, CEO of Divensi Inc. located at 14320 NE 21st Street, Suite 11, Bellevue, WA 98007. Telephone (426) 373-1425 or cellular number: (425) 829-4467. His E-mail address is pksamal@divensi.com. Mr. ██████████████ reports results and updates project progress directly to Mr. Samal.

███ does not have the ability to assign ██████████████ to a different employer or client. ███ is the end-client receiving the services of ██████████████.

**Hours**: This position is full time (40 hours per week).

**Duration of Project:** The duration of the Phase 1 and Phase II of the project is until **September 15, 2016**. This is an <u>ongoing long-term project</u>. We anticipate employment until **September 15, 2016**. Continued extensions of this project are anticipated since this project will continue to be ongoing as there will be system technical upgrades and multiple quarterly releases. It is anticipated that the project's duration will be sufficient to ensure ▮▮▮ continued employment for three years.

**Divensi Inc's product, Enterprise Knowledge Management**

The Enterprise Knowledge Management (EKM) is a scalable, extensible platform for the creation, management and communication of digital brand assets and marketing campaign collateral. The EKM works like a web-based catalog of all your brand-protected marketing collateral and expands into collaborative space where stakeholders can edit, co-brand, download and distribute targeted marketing materials to customers across the globe.

As stated above ▮▮▮ is utilizing Divensi Inc's product Enterprise Knowledge Management in implementing this project and not utilizing any product of ▮▮▮ See Divensi Inc's Enterprise Knowledge Management product description, marketing analysis and business plan.

**Project Details:** The Divensi Dashboard team is currently engaged in developing a Dashboard for ▮▮▮ Enterprise Customer Satisfaction (ECS) team for Accounts Managers/ATU and other users to view and track the progress and stats of customer satisfaction survey. The team also acts as an analyst team to ECS Dashboard team to gather and document business requirements to the customers of ECS Dashboard Maintenance. The dashboard provides survey status and stats at account level throughout survey lifecycle - Staging, Execution, and Closing the Loop.

ECS Dashboard maintenance scope on 1st Phase
- Maintenance of dashboard (user, permission, content update, bug fixing, etc)
- Feature enhancement/change
    - Export redesign to accommodate nomination report and user report
    - Fix unassigned for easy sorting and search
    - Implement field user feedback
    - Enhance filtering for easy input/search

ECS Dashboard Scope on 2nd Phase
- Add (limit) Subsidiary access in area view, add subsidiary permission
- Display Execution Data in all views
- Implement Disposition form functions and reports
- Performance tuning
- Testing and bug fixing
- Deployment
- ATU Manager approval enhancements for batch or single account approvals
- Implement additional filters and views for:
    - Alliance Partner / GISV program

- o CFAM customers

ECS Dashboard Scope on 3nd Phase
- Display Closing the Loop Data in all views
- Testing and bug fixing
- Performance tuning
- Deployment

ECS Dashboard Scope on 4th Phase **Peer Connect, Knowledge Center and Help Wanted**
- Quick Search on right panel
- Global address book to get to know each other with all different clients
- Top IP based on number of hits
- Top Templates based on number of hits
- Top Market Research based on number of hits.
- Contribute to upload a file with "Choose File" option choose file with user level of security.
- Two tabs for "All Content" and "My Content" under function & Industry level content.
- Under "All Content" tab, there will "Maturity", "Owner" & "Last Modified"
- Maturity will be based on user group.
- There will be one community for each function & Industry level content to access peer IP, templates and market research.
- To contribute under each Function or Industry level content there will be a community leader having moderator privilege & it will be part of an approval process.
- Community leader will have communicator chat, email, and call options.
- Top content will be based on priority & on number of hits.
- Top content will be followed by point based system to get points.
- Can you help box
- On the same page, help wanted texts will be displayed
- There will be link to "Ask for Help!"
- Help Wanted items listed with column for info about each item

The focus of this position is the definition and delivery of technical projects relating to our Windows and SharePoint environment, including its usability, maintenance, and security. This includes gathering and presenting business requirements, functional requirements, analysis, securing resources, creating schedules, tracking delivery milestones, design, development, testing and ensuring projects deliver with quality to follow a standard SDLC methodology including post deployment production support and maintenance.

**Position: Software Engineer (SE)**

As a Software Engineer (SE), ▮▮▮▮ will be working with the Design, Development and Test Team. This includes gathering and presenting business requirements, functional requirements, analysis, securing resources, creating schedules, tracking delivery milestones, design, development, implementation, testing and ensuring projects deliver with quality to follow a standard SDLC methodology including post deployment production support and maintenance. See ▮▮▮▮ end-client letter and SOW.

During this time he will be responsible for the following:
- Design, document, and implement SQL databases as well as design, document, and develop data transformation processes.
- Designs develop, implement, codes, tests documents, implements and maintain database utilities.
  Performs basic database analysis and design reviews.
- Maintaining Governance related issue, risk, decision, dependency, notes, and action items. Working on SharePoint master page & theme design and delivering to ▮▮▮▮
- Working on design for yammer integration with Microsoft SharePoint 2010, Silverlight 4.0, Lync & exchange online & profile implementation.
- Creating knowledge center, help/FAQ (all out of the box features and Customization) to be in line with ▮▮▮▮s wireframe.
- Working with development team on office 365 integration (lync & exchange online).
- Defining and implementing kudos pointing matrix on ▮▮▮▮ site.
- Provide technical background in business development bridging a variety of technologies.
- Responsible for all aspects of product feature development, including architecture, design and quality while being accountable to timelines and product performance.
- Provide analytical approach to problem solving and a track record of driving results through continuous improvement.
- Maintain and update milestone plans and any Plan of Record (POR) milestone updates.
- Provide support for MS internal and Yahoo! Track meetings.
- Work with various stakeholders to identify projects
- Coordinate to ensure that client satisfaction level is high
- Work with other disciplines (Program Management, Test Team, Technical Operations, other Software Development Engineers, and various business owners) in implementation of analytical and technical solutions.

- Review project plans, development and test specifications; communicating implementation limitations; and data-driven solutions with all levels of project team and management.

**As an Individual Contributor (60% of his time/24 hrs per week)**
- Design, development and testing of system software in concordance with Divensi Inc. and ▮▮▮▮ processes and standards.
- Design, write, document, and maintain plans/scripts for components following company defined processes and methods. Components include: UI layouts, reports, test scripts, packages, release installation, On-line Help and other instructional materials.
- Communicate the errors and issues discovered during programming, testing and assist in their resolution as needed.
- Writing and executing plans for new systems tools will also be required. The MMP Test Team depends on a wide variety of automated test suites to maintain the system and this automation will require enhancement and maintenance.

**Cross group/team Activities (30% of his time/12 hrs per week)**
- Get involved in all phases of product development including participation in feature planning and design reviews, designing, writing test specifications, implementing test cases and automation, and participating in code reviews.
- Involve in keeping a heartbeat on the features via regular issue and defect tracking and will be interacting regularly in feature teams with a great set of peers in Testing, Program Management and Development.
- Perform reviews of plans and work with other team members to ensure standards are being followed and to suggest alternative solutions when necessary.
- Communicate changes and follow through with other team members to verify suggestions are implemented. This may include reviewing and deciding the disposition of errors and issues identified.
- Work as a member of a cross-functional, integrated development team. Team activities include but are not limited to: staff training and mentoring, estimating tasks, workload planning, tracking accomplishments, participating in or leading team meetings and providing status reporting.
- Also work closely with Divensi Inc.'s Support to take responsibility for troubleshooting and support issues.
- Consult with other Divensi Inc. teams to identify, analyze and solve technology needs and problems.
- Play an integral role during the pre-release and release processes including coordination of final testing and documentation preparation.

- Work with other disciplines (Program Management, Development Team, Technical Operations, other Software Development Engineers, and various business owners) in implementation of analytical and technical solutions.

**Miscellaneous Activities (10% of his time/ 4 hrs per week)**
- Review project plans, development and program specifications; communicating implementation limitations; and data-driven solutions with all levels of project team and management.
- Actively take part in Meetings. Provide perspective for other members of the team to continually improve standards, plans, scripts, checklists and other company methods, processes and documentation.
- Initiate the continual improvement of quality standards, templates, checklists and other Company methods, processes and documentation.

**Minimum Requirements for this position:**
- Bachelor's degree in Engineering, Computer Science, or technical related field.
- 3-5 years of work experience that includes providing strong technical background in .net frame work, service-oriented architecture, and product development.
- Experience includes software design, development and testing principles, deployment & operation of web-based applications & service oriented architecture solutions, database designs, web programming & scripting languages & data managements.
- Analyze, prepare and identify quality documents of the operating systems to meet client's needs. Prepare statements of work and business proposals and analyze cost and man power requirements.
- Ability to effectively prioritize and drive task execution in a fast-paced environment.
- Strong analytical skills with excellent problem solving ability.
- Excellent interpersonal skills; ability to work successfully with teams across the organization, including Engineering, Program Management, and release cycle development and tracking.
- Ability to independently identify, research, prioritizes and troubleshoots desktop issues.
- Detailed understanding of Microsoft Windows operating systems, and experience with a wide range of applications and software.
- Candidate should demonstrate expertise with a wide array of performance and architecture related skills including advanced SQL Server, IIS, C#/ASP.NET, Win2k3 64-bit, and advanced TCP/IP skills. The candidate will also need excellent performance analysis skills, including techniques for analyzing SQL database usage, determining bottlenecks in JavaScript and ASP.NET code,

experience in fine tuning IIS, and a good understanding of how file systems work.

The above is a detailed, basic description of the day-to-day duties to be performed by ▮▮▮▮.

**Actual Employer**

It is important to emphasize that Divensi Inc. is the true employer of any employees currently assigned to work on product implementation of Divensi Inc's product for ▮▮▮▮ Divensi Inc. provides the training to the employees, the initiation for new employees, hire and fires the employees, evaluates the employees and is responsible for all compensation and benefits for the employees. The Divensi Inc. employees are not employees of ▮▮▮▮ but are assigned to work on product implementation for ▮▮▮▮ Divensi Inc. provides overall management for its own employees.

▮▮▮▮ requests that an H-1B visa be issued on behalf of ▮▮▮▮ Thank you for your consideration.

Sincerely,