Magistrate Judge John L. Weinberg

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADYUMNA K. SAMAL,<br><br>Defendant. | NO. MJ18-00190 MAT<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO FILE A MEMORANDUM IN EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Memorandum in Support of Motion for Detention in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a Memorandum in Support of its Motion for Detention that does not exceed 17 pages in length.

DATED this 4 day of September, 2018.

_____
JOHN L. WEINBERG
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/Siddharth Velamoor
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER TO FILE A MEMORANDUM IN EXCESS OF 12 PAGES - 1
MJ18-00190 MAT/ U.S. v. Samal

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970